# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter A Adebanjo<br>&<br>Doris I Stiene- Adebanjo<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-10284 elf |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322 FAX (215) 627-7734