| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| AQG | 000437 | 054286 | | 000004 |

**SUEZ**  555-0003
SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783  PH 800-794-5383

**Earnings Statement**  ADP

Period Beginning: 11/06/2017
Period Ending: 11/19/2017
Pay Date: 11/24/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0, Tax Blocked
  PA:  N/A

PETER A ADEBANJO
508 BENSON LANE
CHESTER SPRINGS PA 19425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.92 | 80.00 | 3,076.92 | 10,769.22 |
| **Gross Pay** | | | **$3,076.92** | 10,769.22 |

Your federal taxable wages this period are $2,676.04

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -172.62 | 601.29 |
| | Medicare Tax | -40.37 | 140.62 |
| | PA State Income Tax | -84.99 | 295.99 |
| | Bensalem T Income Tax | -27.68 | 96.40 |
| | Bensalem Twp Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -2.16 | 7.54 |
| **Other** | | | |
| | Aetna Med | -181.62* | 648.64 |
| | Dent Pre-Tx 1 | -19.38* | 69.21 |
| | Dep Prsnl Acc | -3.23 | 11.54 |
| | Deplif Pst-Tx | -0.77 | |
| | Medical Fsa | -96.15* | 369.11 |
| | Prsnl Acc Ins | -3.69 | 13.18 |
| | Spa | -0.69 | |
| | Vision Pre-Tx 1 | -11.42* | 40.79 |
| | 401K Pretax | -92.31* | 92.31 |
| **Net Pay** | | **$2,337.84** | |
| Checking Dep 1 | | -2,337.84 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Contribution | 92.31 | |
| Gtl | 15.92 | 56.86 |
| Total Work Hrs | 80.00 | |
| EMPLID | | 212428262 |

**Important Notes**
YOUR EMPLOYER PH NO 800-794-5383

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

**SUEZ**
SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783  PH 800-794-5383

Advice number: 00000470501
Pay date: 11/24/2017

Deposited to the account of
PETER A ADEBANJO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5562 | xxxx xxxx | $2,337.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AQG | 000437 | 054286 | | 000000 | |

**SUEZ**  518-0003
SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783 PH 800-794-5383

**Earnings Statement**  ADP

Period Beginning: 11/20/2017
Period Ending: 12/03/2017
Pay Date: 12/08/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0,Tax Blocked
  PA: N/A

PETER A ADEBANJO
508 BENSON LANE
CHESTER SPRINGS PA 19425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.92 | 80.00 | 3,076.92 | 13,846.14 |
| **Gross Pay** | | | **$3,076.92** | 13,846.14 |

Your federal taxable wages this period are $2,656.74

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -171.43 | 772.72 |
| | Medicare Tax | -40.10 | 180.72 |
| | PA State Income Tax | -84.40 | 380.39 |
| | Bensalem T Income Tax | -27.49 | 123.89 |
| | Bensalem Twp Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -2.15 | 9.69 |
| Other | | | |
| | Aetna Med | -181.62* | 830.26 |
| | Dent Pre-Tx 1 | -19.38* | 88.59 |
| | Dep Prsnl Acc | -3.23 | 14.77 |
| | Deplif Pst-Tx | -0.77 | |
| | Medical Fsa | -115.45* | 484.56 |
| | Prsnl Acc Ins | -3.69 | 16.87 |
| | Spa | -0.69 | |
| | Vision Pre-Tx 1 | -11.42* | 52.21 |
| | 401K Pretax | -92.31* | 184.62 |
| **Net Pay** | | **$2,320.79** | |
| Checking Dep 1 | | -2,320.79 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Contribution | 92.31 | |
| Gtl | 15.92 | 72.78 |
| Total Work Hrs | 80.00 | |
| EMPLID | | 212428262 |

**Important Notes**
YOUR EMPLOYER PH NO 800-794-5383

* Excluded from federal taxable wages

© 2000 ADP, LLC

**SUEZ**
SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783 PH 800-794-5383

Advice number: 00000490506
Pay date: 12/08/2017

Deposited to the account of
PETER A ADEBANJO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5562 | xxxx xxxx | $2,320.79 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| AQG | 000437 | 054286 | | 00005 |

**SUEZ**  641-0003
SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783 PH 800-794-5383

**Earnings Statement**   ADP

Period Beginning: 12/04/2017
Period Ending: 12/17/2017
Pay Date: 12/22/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, Tax Blocked
  PA: N/A

PETER A ADEBANJO
508 BENSON LANE
CHESTER SPRINGS PA 19425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.92 | 80.00 | 3,076.92 | 16,923.06 |
| Gross Pay | | | $3,076.92 | 16,923.06 |

Your federal taxable wages this period are $2,656.74

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -171.43 | 944.15 |
| | Medicare Tax | -40.09 | 220.81 |
| | PA State Income Tax | -84.40 | 464.79 |
| | Bensalem T Income Tax | -27.49 | 151.38 |
| | Bensalem Twp Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -2.16 | 11.85 |
| Other | | | |
| | Aetna Med | -181.62* | 1,011.88 |
| | Dent Pre-Tx 1 | -19.38* | 107.97 |
| | Dep Prsnl Acc | -3.23 | 18.00 |
| | Deplif Pst-Tx | -0.77 | |
| | Medical Fsa | -115.45* | 600.01 |
| | Prsnl Acc Ins | -3.69 | 20.56 |
| | Spa | -0.69 | |
| | Vision Pre-Tx 1 | -11.42* | 63.63 |
| | 401K Pretax | -92.31* | 276.93 |
| Net Pay | | $2,320.79 | |
| Checking Dep 1 | | -2,320.79 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Contribution | 92.31 | |
| Gtl | 15.92 | 88.70 |
| Total Work Hrs | 80.00 | |
| EMPLID | | 212428262 |

**Important Notes**
YOUR EMPLOYER PH NO 800-794-5383

* Excluded from federal taxable wages

© 2000 ADP, LLC

**SUEZ**
SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783 PH 800-794-5383

Advice number: 00000510623
Pay date: 12/22/2017

Deposited to the account of
PETER A ADEBANJO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5562 | xxxx xxxx | $2,320.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| AQG | 000437 | 054286 | | 00000 |

 SUEZ

SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783  PH 800-794-5383

513-0003

# Earnings Statement

**ADP**

Period Beginning: 12/18/2017
Period Ending: 12/31/2017
Pay Date: 01/05/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0, Tax Blocked
PA: N/A

PETER A ADEBANJO
508 BENSON LANE
CHESTER SPRINGS PA 19425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.92 | 80.00 | 3,076.92 | 3,076.92 |
| Gross Pay | | | $3,076.92 | 3,076.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -190.77 | 190.77 |
| | Medicare Tax | -44.62 | 44.62 |
| | PA State Income Tax | -94.46 | 94.46 |
| | Bensalem T Income Tax | -30.77 | 30.77 |
| | Bensalem Twp Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.85 | 1.85 |

**Other**
401K Pretax    -92.31*    92.31

| Net Pay | $2,620.14 |
|---|---|
| Checking Dep 1 | -2,620.14 |
| Net Check | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Contribution | 92.31 | |
| Total Work Hrs | 80.00 | |
| EMPLID | | 212428262 |

**Important Notes**
YOUR EMPLOYER PH NO 800-794-5383

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,984.61

© 2000 ADP, LLC

 SUEZ

SUEZ WATER TECHNOLOGIES & SOLUTIONS
GE BETZ INC
4636 SOMERTON ROAD
TREVOSE, PA 19053-6783  PH 800-794-5383

Advice number: 00000010503
Pay date: 01/05/2018

Deposited to the account of
PETER A ADEBANJO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5562 | xxxx xxxx | $2,620.14 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE