# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 18-10284-ELF

       PETER A ADEBANJO
       DORIS I STIENE-ADEBANJO
       508 BENSON LN

       CHESTER SPRINGS, PA 19425-3644

          Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PETER A ADEBANJO
    DORIS I STIENE-ADEBANJO
    508 BENSON LN

    CHESTER SPRINGS, PA 19425-3644


Counsel for debtor(s), by electronic notice only.

    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

                                            /S/ William C. Miller

Date: 3/1/2018                              _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee