# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10284-ELF

PETER A ADEBANJO
DORIS I STIENE-ADEBANJO
508 BENSON LN

CHESTER SPRINGS, PA 19425-3644

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    PETER A ADEBANJO
    DORIS I STIENE-ADEBANJO
    508 BENSON LN

    CHESTER SPRINGS, PA 19425-3644

**Counsel for debtor(s), by electronic notice only.**
    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 3/12/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee