UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                }
                                      }   Case No. :  18-10284 ELF
                                      }
                                      }   Chapter 13
Peter and Doris Adebanjo              }
        Debtor(s)                     }

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Peter and Doris Adebanjo have filed an Objection to the proof of claim filed on behalf of Wells Fargo Home Mortgage with the Court.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the Court to grant the relief sought in the motion, then on or before July 30, 2018, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at:

> United States Bankruptcy Court
> Robert N. C. Nix Building
> 900 Market Street, Suite 400
> Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

> Kenneth E. West, Esquire
> DOUGLASS, WEST & ASSOCIATES
> 830 Lansdowne Avenue
> Drexel Hill, PA  19026

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable ERIC L. FRANK, United States Bankruptcy Judge, in Courtroom #1 at the United States Bankruptcy Court, Robert N. C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299 on August 21, 2018 at 1:00 P.M., or as soon thereafter as counsel can be heard, to consider the motion.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the Hearing has been cancelled because no one filed an answer.

Dated: July 16, 2018                          */s/ Kenneth E. West*11111111
                                                  KENNETH E. WEST
                                                  Douglass, West & Associates
                                                  830 Lansdowne Avenue
                                                  Drexel Hill, PA 19026
                                                  Phone No.:    610-446-9000
                                                  Fax No.:      610-449-5380
                                                  Counsel for Debtor(s)