UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                }
                                      }   Case No. :  18-10284 ELF
                                      }
                                      }   Chapter 13
Peter and Doris Adebanjo              }
    Debtor(s)                         }

# **O R D E R**

AND NOW, this _____ day of _____, 2018, upon consideration of the Debtor's

Objection to the Proof of Claim Number 3 of Wells Fargo Bank, and any response, it is hereby

**ORDERED** and **DECREED** that Debtor's Objection is **SUSTAINED**.

Proof of Claim No. 3 is **DISALLOWED.**


**BY THE COURT:**

_____
**ERIC L. FRANK, Bankruptcy Judge**