L.B.F. 3015-6A
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **Peter and Doris Adebanjo** | : | |
| Debtor(s) | : | Bky. No. 18-10284 ELF |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE**
**WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Dated:  October 7, 2018            */s/ Kenneth E. West*lllllllllllllllllllll
                                   KENNETH E. WEST, ESQUIRE
                                   Douglass, West & Associates
                                   830 Lansdowne Avenue
                                   Drexel Hill, PA  19026
                                   Phone No.:     610-446-9000
                                   Fax No.:       610-449-5380
                                   Counsel for Debtor(s)