**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **Peter and Doris Adebanjo** | : | |
| Debtor(s) | : | Bky. No. 18-10284 ELF |

## PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw without prejudice the Objection to Proof of Claim filed by the Debtor (Docket Entry #23).

Date:  October 7, 2018                    */s/Kenneth E. West*lllllllllllllllllllll
                                          KENNETH E. WEST, ESQUIRE
                                          Douglass, West & Associates

cc:    William C. Miller, Esquire, Chapter 13 Trustee (Via Electronic Delivery)
       Jerome Blank, Esquire (Via Electronic Delivery)