UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: } | |
| } | Case No. :  18-10284 ELF |
| } | |
| } | Chapter 13 |
| Peter and Doris Adebanjo } | |
| Debtor(s) } | |

**CERTIFICATE OF SERVICE
PLAN TO ALL CREDITORS**

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on October 8, 2018, a copy of the Amended Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery).

Dated:  October 8, 2018          */s/ Kenneth E. West*lllllllllllllllllllllll
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:     610-446-9000
Fax No.:        610-449-5380
Counsel for Debtor(s)