# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Peter A Adebanjo<br>Doris I Stiene-Adebanjo | : | |
| Debtor(s) | : | Bankruptcy No. 18-10284-elf |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor  Upper Uwchlan Township;

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $4751.00  has been filed in your name by Counsel for the Debtor Kenneth West on 10/7/18

Dated: 10/9/18

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: C. Wagner
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)