United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter A Adebanjo  
Doris I Stiene-Adebanjo  
    Debtors

Case No. 18-10284-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 09, 2018  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.  
db/jdb         Peter A Adebanjo,    Doris I Stiene-Adebanjo,    508 Benson Ln,    Chester Springs, PA   19425-3644  
14040596       Upper Uwchlan Township,    140 Pottstown Pike,    Chester Springs, PA   19425-9516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:  
       JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3 paeb@fedphe.com  
       JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et al paeb@fedphe.com  
       KENNETH E. WEST    on behalf of Joint Debtor Doris I Stiene-Adebanjo dwabkty@aol.com, G6211@notify.cincompass.com  
       KENNETH E. WEST    on behalf of Debtor Peter A Adebanjo dwabkty@aol.com, G6211@notify.cincompass.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et al paeb@fedphe.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                            TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Peter A Adebanjo | | |
| Doris I Stiene-Adebanjo | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-10284-elf |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor  Upper Uwchlan Township;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $4751.00 has been filed in your name by Counsel for the Debtor Kenneth West on 10/7/18

Dated: 10/9/18

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: C. Wagner
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)