UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       PETER A. ADEBANJO,           :     Chapter 13
             DORIS I. STIENE-ADEBANJO     :
                                          :
                           Debtor         :     Bky. No.  18-10284 ELF

ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**: With the Debtor's consent, the third sub-paragraph of Part 9, ¶ 2 (beginning with the sentence, "In the event  . . .") is **DELETED** from the plan.[1]

Date:  November 7, 2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

1. See In re Shafer, 99 B.R. 352, 355 (W.D. Mich. 1989); In re Brewery Park Associates, L.P., 2011 WL 1980289, at *4 n.4 (Bankr. E.D. Pa. Apr. 29, 2011); see also In re T-H New Orleans Ltd. Partnership, 188 B.R. 799, 809 (E.D. La. 1995) (court may condition confirmation on conditions that do not substantially alter the plan).