United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10284-elf
Peter A Adebanjo                                                        Chapter 13
Doris I Stiene-Adebanjo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW            Page 1 of 1         Date Rcvd: Nov 07, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
db/jdb         Peter A Adebanjo,   Doris I Stiene-Adebanjo,   508 Benson Ln,   Chester Springs, PA 19425-3644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, as Trustee for SASCO
               Mortgage Loan Trust 2006-WF3 paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee et al
               paeb@fedphe.com
              KENNETH E. WEST    on behalf of Joint Debtor Doris I Stiene-Adebanjo dwabkty@aol.com,
               G6211@notify.cincompass.com
              KENNETH E. WEST    on behalf of Debtor Peter A Adebanjo dwabkty@aol.com,
               G6211@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et al
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | PETER A. ADEBANJO, | : | Chapter 13 |
| | DORIS I. STIENE-ADEBANJO | : | |
| | | : | |
| | Debtor | : | Bky. No. 18-10284 ELF |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**: With the Debtor's consent, the third sub-paragraph of Part 9, ¶ 2 (beginning with the sentence, "In the event . . .") is **DELETED** from the plan.[1]

Date: **November 7, 2018**

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**

---

1.   See In re Shafer, 99 B.R. 352, 355 (W.D. Mich. 1989); In re Brewery Park Associates, L.P., 2011 WL 1980289, at *4 n.4 (Bankr. E.D. Pa. Apr. 29, 2011); see also In re T-H New Orleans Ltd. Partnership, 188 B.R. 799, 809 (E.D. La. 1995) (court may condition confirmation on conditions that do not substantially alter the plan).