# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                      Chapter 13

                                                      Bankruptcy No. 18-10284-ELF

PETER A ADEBANJO
DORIS I STIENE-ADEBANJO
508 BENSON LN

CHESTER SPRINGS, PA 19425-3644

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PETER A ADEBANJO
    DORIS I STIENE-ADEBANJO
    508 BENSON LN

    CHESTER SPRINGS, PA 19425-3644

Counsel for debtor(s), by electronic notice only.

    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

Date: 7/26/2019

                                                      /S/ William C. Miller
                                                      _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee