# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10284-ELF

PETER A ADEBANJO
DORIS I STIENE-ADEBANJO
508 BENSON LN

CHESTER SPRINGS, PA 19425-3644

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PETER A ADEBANJO
    DORIS I STIENE-ADEBANJO
    508 BENSON LN

    CHESTER SPRINGS, PA 19425-3644

Counsel for debtor(s), by electronic notice only.

    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

Date: 12/2/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee