# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 18-10284-ELF

PETER A ADEBANJO
DORIS I STIENE-ADEBANJO
508 BENSON LN

CHESTER SPRINGS, PA 19425-3644

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

PETER A ADEBANJO
DORIS I STIENE-ADEBANJO
508 BENSON LN

CHESTER SPRINGS, PA 19425-3644

Counsel for debtor(s), by electronic notice only.

KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

                          /S/ William C. Miller

Date: 5/22/2020              _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee