**Fill in this information to identify the case:**

Debtor 1    Peter A Adebanjo

Debtor 2    Doris I Stiene-Adebanjo
(Spouse, if filing)

United States Bankruptcy Court for the Eastern      District of Pennsylvania
(State)

Case number    18-10284-elf

# Form 4100S
# Supplemental Proof of Claim for Forbearance Claim    02/21

**Please be advised:** This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) if the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). To the extent the Debtor was provided a forbearance on a loan not covered by the CARES Act, this Supplemental Proof of Claim is filed to provide notice of the loan status and COVID related relief provided to the Debtor. "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f) or creditor that granted a forbearance on a loan not covered by the CARES Act.

**Name of creditor:**    U.S. Bank National Association, as Trustee for

SASCO Mortgage Loan Trust 2006-WF3

**Court claim no.** (If known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7861

**Property address:**    508 BENSON LANE
Number    Street

City Chester Springs    PA    19425
                    State    ZIP Code

## Part 1: Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Forborne (FB) Payment Date | FB Payment Amount | Payment Amount Received During Forbearance | Date Funds Received | FB Payment Amount Remaining |
|---|---|---|---|---|
| 04/01/2020 | $3,575.90 | $3,274.70 | 05/13/2020 | $0.00 |
| 05/01/2020 | $3,575.90 | $3,274.70 | 07/02/2020 | $0.00 |
| 06/01/2020 | $3,575.90 | $3,575.90 | 09/17/2020 | $0.00 |
| 07/01/2020 | $3,575.90 | $306.38<br>$7,151.80 | 04/09/2021<br>04/11/2021 | $0.00 |
| 08/01/2020 | $3,575.90 | $340.26 | 04/12/2021 | $0.00 |
| 09/01/2020 | $3,575.90 | | | $3,531.66 |
| 11/01/2020 | $3,575.90 | | | $3,575.90 |
| 12/01/2020 | $3,575.90 | | | $3,575.90 |
| 01/01/2021 | $3,589.57 | | | $3,589.57 |
| 02/01/2021 | $3,740.68 | | | $3,740.68 |
| 03/01/2021 | $3,740.68 | | | $3,740.68 |
| 04/01/2021 | $3,746.03 | | | $3,746.03 |
| | | | | |
| | | | | |

The Debtor's(s') COVID related forbearance protection has expired. There is a known and disclosed gap in the Forborne (FB) Payment Dates listed above based on the Debtor's(s') requests for COVID related financial assistance. In at least one instance, the Debtor's(s') request for additional months of forbearance protection was not received either prior to the expiration of the existing forbearance period or shortly after the expiration. This delay in requesting additional forbearance protection resulted in a gap for certain months where there was no forbearance protection in place because such protection cannot be given retroactively. By filing this COVID SPOC, Claimant is not attempting to include any of those gap months in the forborne amounts, nor is Claimant declaring that they have otherwise been paid.

**Total of payments not received during forbearance period: $25,500.42**

**Part 2:** **Information About Agreement to Modify or Defer Loan Obligation**

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

❑ Other. (Insert language here related to pending loss mit conversations – and efforts for court approval)

❑ Yes. Attach copies of the writing outlining the modification or deferral:

- ❍ The loan was modified as follows:
- ❍ The amount of forborne payments and the deferral date:
- ❍ See Docket Entry(ies) _____

☒ No. If they have not already done so, Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor. The Debtor may contact Wells Fargo Home Mortgage to discuss a personalized solution at 1-800-274-7025. Written attorney consent may be required to speak directly with the Debtor about these options.

**Part 3:** **Sign Here**

The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

✖ /s/ Andrew Spivack
Signature

Print  Andrew                    Spivack
       First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

Address  302 Fellowship Road, Suite 130
         Number    Street
         Mount Laurel, NJ 08054
         City               State        ZIP Code

Contact phone  (844) 856 - 6646

Date 07 / 30 2021

Title Attorney / State Bar Number: 84439

Email pabkr@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO <br><br> U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3, <br>     Movant <br><br> vs. <br><br> PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO, <br>     Debtor | Case No. 18-10284-elf <br> Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Supplemental Proof of Claim For Forbearance Claim has been electronically served or mailed, postage prepaid on <u>July 30, 2021</u> to the following:

PETER A. ADEBANJO
508 BENSON LN
CHESTER SPRINGS, PA 19425-3644

DORIS I. STIENE-ADEBANJO
508 BENSON LN
CHESTER SPRINGS, PA 19425-3644

KENNETH WEST, Debtor's Attorney
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

William C. Miller, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                                      */s/ Andrew Spivack*
                                                      Andrew Spivack
                                                      (Bar No. 84439)
                                                      Attorney for Creditor
                                                      BROCK & SCOTT, PLLC
                                                      302 Fellowship Road, Suite 130
                                                      Mount Laurel, NJ 08054
                                                      Telephone: 844-856-6646 x3017
                                                      Facsimile: 704-369-0760
                                                      E-Mail: PABKR@brockandscott.com

20-10715 BKPOC02