UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  }
        }  Case No. : 18-10284 ELF
        }
        }  Chapter 13
Peter and Doris Adebanjo }
        Debtor(s) }

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations* (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

__X__  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

_____  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer address: _____

*Part III.    Certification Regarding Section 522(q)* (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

__X__  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

_____  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

*Part IV.    Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: August 4, 2021          DEBTOR: *[signature]*

DATED: August 4, 2021          DEBTOR: *[signature]*

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.