UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Peter and Doris Adebanjo
    Debtor(s)

Case No. : 18-10284 ELF

Chapter 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the debtors, Peter and Doris Adebanjo, in the above-referenced matter.

Date: 8/5/2021

_Kenneth E. West_
Kenneth E. West, Esq.
830 Lansdowne Avenue
Drexel Hill, PA 19026
Phone No.: 610-446-9000
Fax No.: 610-449-5380

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor, Peter and Doris Adebanjo, in the above-referenced matter.

Dated: August 5, 2021

Robert Holber, Esq.
41 E. Front Street
Media PA 19063
610-565-5463
Counsel for Debtor(s)