# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO<br><br>U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3,<br>    Movant<br><br>vs.<br><br>PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO,<br>    Debtor | Case No. 18-10284-elf<br><br>Chapter 13 |

## WITHDRAWAL OF COMPEL DEBTORS TO FILE MODIFIED PLAN OR AGREED ORDER TO RESOLVE ARREARS RESULTING FROM CARES ACT FORBEARANCE

U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3 ("Movant"), by and through its legal counsel, hereby withdraws its **COMPEL DEBTORS TO FILE MODIFIED PLAN OR AGREED ORDER TO RESOLVE ARREARS RESULTING FROM CARES ACT FORBEARANCE** filed October 1, 2021, Document Number 76.

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO<br><br>U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3,<br>     Movant<br><br>vs.<br><br>PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO,<br>     Debtor | Case No. 18-10284-elf<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Motion to Compel Debtors to File Modified Plan or Agreed Order to Resolve Arrears Resulting From Cares Act Forbearance has been electronically served or mailed, postage prepaid on October 4, 2021 to the following:

PETER A. ADEBANJO
508 BENSON LN
CHESTER SPRINGS, PA 19425-3644

DORIS I. STIENE-ADEBANJO
508 BENSON LN
CHESTER SPRINGS, PA 19425-3644

Robert H. Holber, Debtor's Attorney
41 East Front Street
Media, PA 19063
rholber@holber.com


William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee

P.O. Box 40837
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                          */s/ Andrew Spivack*
                          Andrew Spivack
                          (Bar No. 84439)
                          Attorney for Creditor
                          BROCK & SCOTT, PLLC
                          302 Fellowship Road, Suite 130
                          Mount Laurel, NJ 08054
                          Telephone:  844-856-6646 x3017
                          Facsimile:  704-369-0760
                          E-Mail:  PABKR@brockandscott.com