*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Peter A Adebanjo and Doris I Stiene−Adebanjo
    Debtor(s)

Case No: 18−10284−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion to Compel the Debtors to Resolve the Delinquency in Forbearance Payments as set forth in the Supplemental Proof of Claim Filed by U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006−WF3 Represented by ANDREW L. SPIVACK (Counsel).

on: 11/10/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 10/13/21

Timothy B. McGrath
Clerk of Court

80 − 73
Form 167