United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter A Adebanjo  
Doris I Stiene-Adebanjo  
    Debtors

Case No. 18-10284-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: 167 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Peter A Adebanjo, Doris I Stiene-Adebanjo, 508 Benson Ln, Chester Springs, PA 19425-3644 |
| 14040570 | | American Coradius International, 2420 Sweet Home Rd., Suite 150, Amherst, NY 14228-2244 |
| 14079155 | | CACH, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14075147 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14040575 | | Citi Bank Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195-0507 |
| 14040579 | | Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 14040581 | + | Encore Receivable Management, Inc., PO Box 3330, 400 N. Rogers Road, Olathe, KS 66062-1212 |
| 14040582 | | Firstsource Advantage, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14040584 | + | MRS Associates, 1930 Olney Avenue, Cherry Hilll, NJ 08003-2016 |
| 14040586 | | Phelan, Hallinan, Diamond & Jones, LLP, 1617 John F Kennedy Blvd # 1400, Philadelphia, PA 19103-1814 |
| 14040590 | | Reliant Capital Solutions, LLC, PO Box 30469, Columbus, OH 43230-0469 |
| 14040593 | + | Temple University, 3401 North Broad Street, Philadelphia, PA 19140-5189 |
| 14040594 | | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14049662 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14129719 | + | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 14603864 | + | U.S. Bank National Association, As Trustee et al c, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14604043 | + | U.S. Bank National Association, As Trustee et al., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14603308 | #+ | U.S. Bank National Association, as Trustee Et Al, c/o Wells Fargo Bank, N.A., Default Document Processing MAC# N9286-0, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14603440 | + | U.S. Bank National Association, as Trustee Et Al, c/o Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus Des Moines IA 50328-0001 |
| 14051432 | #+ | U.S. Bank National Association, as Trustee et. al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 14040597 | | US Department of Education, PO Box 5609 Direct Loan Servicing Center, Greenville, TX 75403-5609 |
| 14040595 | | United Collection Bureau, Inc, PO Box 140310, Toledo, OH 43614-0310 |
| 14040596 | | Upper Uwchlan Township, 140 Pottstown Pike, Chester Springs, PA 19425-9516 |
| 14603865 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Caro 29715-7200 |
| 14604044 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14066027 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14603307 | #+ | Wells Fargo Bank, N.A., Default Document Processing MAC# N9286-0, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14040598 | | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14040599 | + | Wells Fargo Home Mortgage Inc., 1 Home Campus Correspondence X2501-01T, Des Moines, IA 50328-0001 |
| 14040600 | | Weltman, Weinberg & Reis Co. LPA, 170 S Independence Mall W # 874, Philadelphia, PA 19106-3334 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: 167 | | Total Noticed: 53 |

| Rec # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14040571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:32 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14040572 | + | Email/Text: bankruptcy@cavps.com | Oct 13 2021 23:33:00 | Calvary Portfolio SE, 500 Summit Lake Drive, Suite 400, Attn: Customer Care, Valhalla, NY 10595-2322 |
| 14040573 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:26 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14055650 | + | Email/Text: bankruptcy@cavps.com | Oct 13 2021 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14040574 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 13 2021 23:33:00 | Citadel FCU, PO Box 72147, Thorndale, PA 19372-0147 |
| 14040576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:32 | Citi Card Service Center, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14040577 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:33:00 | Commonwealth of PA, Dept. of Revenue, Bankruptcy Claims - Dept. 280946, Harrisburg, PA 17128-0946 |
| 14040578 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 13 2021 23:33:00 | Convergent Outsourcing Inc., 800 SW 39th St./PO Box 9004, Renton, WA 98057-9004 |
| 14040580 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 23:33:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720-0000 |
| 14045156 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14040583 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2021 23:33:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14072442 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 23:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14040588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:26 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14040587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:31 | Portfolio Recovery Assoc., 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14040589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:31 | Portfolio Recovery Assoc., 120 Corporate Blvd Ste 400, Norfolk, VA 23502-4952 |
| 14079822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14041171 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:44:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14040585 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:30 | Paypal Credit Services, PO Box 965004, Orlando, FL 32896-5004 |
| 14065930 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14040591 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:26 | Synchrony Bank, Attn. Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 14040592 | | Email/Text: bankruptcy@td.com | Oct 13 2021 23:33:00 | TD Bank, N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14078397 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 23:44:32 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee et al paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor Peter A Adebanjo rholber@holber.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Doris I Stiene-Adebanjo rholber@holber.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor U.S. Bank National Association As Trustee et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Peter A Adebanjo and Doris I Stiene−Adebanjo
Debtor(s)

Case No: 18−10284−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion to Compel the Debtors to Resolve the Delinquency in Forbearance Payments as set forth in the Supplemental Proof of Claim Filed by U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006−WF3 Represented by ANDREW L. SPIVACK (Counsel).

on: 11/10/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  10/13/21

Timothy B. McGrath
Clerk of Court

80 − 73
Form 167