| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Peter A Adebanjo<br>Doris I Stiene-Adebanjo | Case Number:<br><br>2:2018-bk-10284 | |
| Name of Creditor:<br><br>U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3 | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **7861**  UCID: **WFCMGE1810284PAE29397861** | | ___ Check this box if the account number has changed. |
| 2. Court Claim Number: **3** | | |
| 3. Signature:<br><br>Check the appropriate box.<br>      I am the creditor.<br>  X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas              Date: 01/12/2022<br>       VP Loan Documentation | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO.: 18-10284 |
| Peter A Adebanjo | CHAPTER: 13 |
| Doris I Stiene-Adebanjo | |
| Debtor(s). | |
| _____ / | |

**CERTIFICATE OF SERVICE**

I hereby certify that on or before January 13, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Peter A Adebanjo
508 Benson Ln
Chester Springs, PA 19425-3644


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Doris I Stiene-Adebanjo
508 Benson Ln
Chester Springs, PA 19425-3644


*Debtor's Attorney:*    *By CM / ECF Filing:*

ROBERT H. HOLBER
Attorney Robert H Holber PC
41 East Front Street
Media, PA 19063


*Trustee:*    *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)