### Fill in this information to identify your case:

Debtor 1: __Peter__ __A__ __Adebanjo__
First Name  Middle Name  Last Name

Debtor 2: __Doris__ __I__ __Stiene-Adebanjo__
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __EASTERN DIST. OF PENNSYLVANIA__

Case number (If known): __18-10284__

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _(signed)_     X _(signed)_
Peter A Adebanjo, Debtor 1     Doris I Stiene-Adebanjo, Debtor 2

Date 3/25/22     Date 3/25/22
MM/DD/YYYY     MM/DD/YYYY