UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :CHAPTER 13 |
| PETER A. ADEBANJO | : |
| DORIS I. STIENE-ADEBANJO | : |
| Debtor(s) | :BANKRUPTCY NO. 18-10284 AMC |

**AMENDED CERTIFICATE OF SERVICE**

I, Robert H. Holber, Esquire, of the Law Office of Robert H. Holber, P.C., counsel for debtor, hereby certify that on March 25, 2022, a copy of the Notice of Motion, Response Deadline, and Hearing Date as regards the Motion to Modify the Chapter 13 Plan Pursuant to 11 U.S.C. §1329 to Extend the Repayment Period with Respect to the Chapter 13 Plan in the above-captioned matter was served by regular mail and/or electronically to all creditor's listed on Debtor's Matrix and interested parties.

Respectfully submitted,

ROBERT H. HOLBER, ESQUIRE
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA  19063
Phone No.:   610-565-5463
Fax No.:     610-565-5474
Counsel for Debtors