**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO | Case No. 18-10284-amc |
| U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3, <br>        Movant <br><br> vs. <br><br> PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO, <br>        Debtor | Chapter 13 |

**WITHDRAWAL OF MOTION TO COMPEL THE DEBTORS TO RESOLVE THE
DELINQUENCY IN FORBEARANCE PAYMENTS**

U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3 ("Movant"), by and through its legal counsel, hereby withdraws its MOTION TO COMPEL THE DEBTORS TO RESOLVE THE DELINQUENCY IN FORBEARANCE PAYMENTS filed September 30, 2021, Document Number 73.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO | Case No. 18-10284-amc |
| U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3, <br>　　　Movant <br><br> vs. <br><br> PETER A. ADEBANJO and DORIS I. STIENE-ADEBANJO, <br>　　　Debtor | Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Motion To Compel The Debtors To Resolve The Delinquency In Forbearance Payments has been electronically served or mailed, postage prepaid on <u>March 29, 2022</u> to the following:

PETER A. ADEBANJO
508 BENSON LN
CHESTER SPRINGS, PA 19425-3644

DORIS I. STIENE-ADEBANJO
508 BENSON LN
CHESTER SPRINGS, PA 19425-3644

Robert H. Holber, Debtor's Attorney
41 East Front Street
Media, PA 19063
rholber@holber.com

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

ECFMail@ReadingCh13.com

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

March 29, 2022

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com