UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    PETER A. ADEBANJO
    DORIS I. STIENE-ADEBANJO
    Debtor(s) : BANKRUPTCY NO. 18-10284 - AMC

**ORDER APPROVING DEBTOR'S MOTION TO MODIFY THE CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. § 1329 TO EXTEND THE REPAYMENT PERIOD WITH RESPECT TO THE CHAPTER 13 PLAN**

AND NOW, this _____ day of _____. 2022, upon the Motion of the Debtor.

It is hereby ORDERED and DECREED that the Debtor's Plan is modified under section 1329(d) of the BankruptcyCode in accordance with the proposed 3rd Amended Plan ("Amended Plan").

The Plan is amended as follows:

    Term of Plan is extended from 60 to 84 Months
    Monthly payments of $1,210.00, for 50 months; followed by payments of $2,705.00 per month for 34 months, beginning April, 2022.

BY THE COURT:

_____
Ashely M. Chan,
United States Bankruptcy Judge

**Date: May 25, 2022**

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Ste. 100
Reading, Pa 19601