United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10284-amc |
| Peter A Adebanjo | Chapter 13 |
| Doris I Stiene-Adebanjo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Peter A Adebanjo, Doris I Stiene-Adebanjo, 508 Benson Ln, Chester Springs, PA 19425-3644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 26 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:12:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee et al paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Doris I Stiene-Adebanjo rholber@holber.com |
| ROBERT H. HOLBER | on behalf of Debtor Peter A Adebanjo rholber@holber.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor U.S. Bank National Association As Trustee et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    PETER A. ADEBANJO :
    DORIS I. STIENE-ADEBANJO :
        Debtor(s) : BANKRUPTCY NO. 18-10284 - AMC

### ORDER APPROVING DEBTOR'S MOTION TO MODIFY THE CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. § 1329 TO EXTEND THE REPAYMENT PERIOD WITH RESPECT TO THE CHAPTER 13 PLAN

    AND NOW, this _____ day of _____. 2022, upon the Motion of the Debtor.

    It is hereby ORDERED and DECREED that the Debtor's Plan is modified under section 1329(d) of the BankruptcyCode in accordance with the proposed 3rd Amended Plan ("Amended Plan").

    The Plan is amended as follows:

        Term of Plan is extended from 60 to 84 Months
        Monthly payments of $1,210.00, for 50 months; followed by payments of $2,705.00 per month for 34 months, beginning April, 2022.

BY THE COURT:

_____
Ashely M. Chan,
United States Bankruptcy Judge

**Date: May 25, 2022**

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA  19063

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Ste. 100
Reading, Pa 19601