| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-10284-AMC

| | |
|---|---|
| Peter A Adebanjo | Petition Filed Date: 01/16/2018 |
| Doris I Stiene-Adebanjo | 341 Hearing Date: 02/28/2018 |
| 508 Benson Ln | Confirmation Date: 11/06/2018 |
| Chester Springs  PA     19425-3644 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2022 | $8,115.00 | 1389615316 | 02/08/2023 | $8,120.88 | 1389615926 | 03/13/2023 | $2,705.00 | 1389616027 |
| 03/21/2023 | $2,705.00 | 1389616051 | 03/22/2023 | $2,705.00 | 1389616058 | 06/06/2023 | $2,705.00 | 1389616389 |
| 06/27/2023 | $2,705.00 | 1389616440 | | | | | | |

**Total Receipts for the Period:  $29,760.88    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $46,351.56**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $13,455.08 | $0.00 | $13,455.08 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $16.82 | $16.82 | $0.00 |
| 3 | WELLS FARGO BANK NA<br>»» 003 | Mortgage Arrears | $14,141.74 | $9,153.46 | $4,988.28 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $1,566.93 | $0.00 | $1,566.93 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 05P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 05U | Unsecured Creditors | $58.12 | $0.00 | $58.12 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $12,044.07 | $0.00 | $12,044.07 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $3,371.68 | $0.00 | $3,371.68 |
| 9 | CAPITAL ONE NA<br>»» 008 | Unsecured Creditors | $178.06 | $0.00 | $178.06 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $163.28 | $0.00 | $163.28 |
| 11 | CACH, LLC<br>»» 010 | Unsecured Creditors | $12,816.07 | $0.00 | $12,816.07 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $4,705.12 | $0.00 | $4,705.12 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $4,987.87 | $0.00 | $4,987.87 |
| 14 | US DEPARTMENT OF EDUCATION<br>»» 013 | Unsecured Creditors | $386,332.36 | $0.00 | $386,332.36 |
| 15 | UPPER UWCHLAN TOWNSHIP<br>»» 014 | Secured Creditors | $883.96 | $572.15 | $311.81 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Document    Page 2 of 2

Chapter 13 Case No. 18-10284-AMC

| | | | | | |
|---|---|---|---|---|---|
| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 16 | WELLS FARGO BANK NA »» 015 | Mortgage Arrears | $73,322.25 | $32,346.91 | $40,975.34 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,351.56 | Current Monthly Payment: | $2,705.00 |
| Paid to Claims: | $42,589.34 | Arrearages: | $5,410.00 |
| Paid to Trustee: | $3,762.22 | Total Plan Base: | $100,451.56 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.