Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 18-10284-AMC**

Peter A Adebanjo  
Doris I Stiene-Adebanjo  
508 Benson Ln  
Chester Springs  PA     19425-3644

Petition Filed Date: 01/16/2018  
341 Hearing Date: 02/28/2018  
Confirmation Date: 11/06/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $2,705.00 | 1389616669 | 09/13/2023 | $2,705.00 | 1389616733 | 10/11/2023 | $2,705.00 | 3548000861 |
| 10/26/2023 | $2,705.00 | 1389616906 | 01/23/2024 | $5,000.00 | 3548001130 | 02/08/2024 | $3,115.00 | 3548001208 |
| 02/14/2024 | $2,705.00 | 3548001235 | 02/28/2024 | $2,705.00 | 3548001282 | 04/12/2024 | $2,705.00 | 3548001478 |
| 07/08/2024 | $4,000.00 | 3548001826 | 07/09/2024 | $4,115.00 | 354801835 | | | |

**Total Receipts for the Period: $35,165.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $83,608.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $13,455.08 | $0.00 | $13,455.08 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $16.82 | $16.82 | $0.00 |
| 3 | WELLS FARGO BANK NA<br>»» 003 | Mortgage Arrears | $14,141.74 | $12,570.85 | $1,570.89 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $1,566.93 | $0.00 | $1,566.93 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 05P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 05U | Unsecured Creditors | $58.12 | $0.00 | $58.12 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $12,044.07 | $0.00 | $12,044.07 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $3,371.68 | $0.00 | $3,371.68 |
| 9 | CAPITAL ONE NA<br>»» 008 | Unsecured Creditors | $178.06 | $0.00 | $178.06 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $163.28 | $0.00 | $163.28 |
| 11 | CACH, LLC<br>»» 010 | Unsecured Creditors | $12,816.07 | $0.00 | $12,816.07 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $4,705.12 | $0.00 | $4,705.12 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $4,987.87 | $0.00 | $4,987.87 |
| 14 | US DEPARTMENT OF EDUCATION<br>»» 013 | Unsecured Creditors | $386,332.36 | $0.00 | $386,332.36 |
| 15 | UPPER UWCHLAN TOWNSHIP<br>»» 014 | Secured Creditors | $883.96 | $785.77 | $98.19 |

**Chapter 13 Case No. 18-10284-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 16 | WELLS FARGO BANK NA »» 015 | Mortgage Arrears | $73,322.25 | $60,418.51 | $12,903.74 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $83,608.58 | Current Monthly Payment: | $2,705.00 |
| Paid to Claims: | $74,291.95 | Arrearages: | $3,317.98 |
| Paid to Trustee: | $7,433.81 | Total Plan Base: | $100,451.56 |
| Funds on Hand: | $1,882.82 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.