Certificate Number: 03621-PAE-DE-039374500

Bankruptcy Case Number: 18-10284



03621-PAE-DE-039374500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2025, at 9:24 o'clock AM EST, Peter A Adebanjo completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 25, 2025          By:     /s/Ashley Bradley

                                  Name:   Ashley Bradley

                                  Title:  Credit Counselor