United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-10284-amc
Peter A Adebanjo  Chapter 13
Doris I Stiene-Adebanjo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Apr 03, 2025      Form ID: 138OBJ      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Peter A Adebanjo, Doris I Stiene-Adebanjo, 508 Benson Ln, Chester Springs, PA 19425-3644 |
| 14040575 | | Citi Bank Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195-0507 |
| 14040581 | + | Encore Receivable Management, Inc., PO Box 3330, 400 N. Rogers Road, Olathe, KS 66062-1212 |
| 14040583 | | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14040586 | | Phelan, Hallinan, Diamond & Jones, LLP, 1617 John F Kennedy Blvd # 1400, Philadelphia, PA 19103-1814 |
| 14040593 | + | Temple University, 3401 North Broad Street, Philadelphia, PA 19140-5189 |
| 14603864 | + | U.S. Bank National Association, As Trustee et al c, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14604043 | + | U.S. Bank National Association, As Trustee et al., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14040596 | | Upper Uwchlan Township, 140 Pottstown Pike, Chester Springs, PA 19425-9516 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14040570 | ^ | MEBN | Apr 04 2025 01:33:42 | American Coradius International, 2420 Sweet Home Rd., Suite 150, Amherst, NY 14228-2244 |
| 14040571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2025 01:40:49 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14079155 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:40:45 | CACH, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14040572 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2025 01:41:00 | Calvary Portfolio SE, 500 Summit Lake Drive, Suite 400, Attn: Customer Care, Valhalla, NY 10595-2321 |
| 14040573 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 01:51:05 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14075147 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 01:51:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14055650 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2025 01:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14040574 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 04 2025 01:41:00 | Citadel FCU, PO Box 72147, Thorndale, PA 19372-0147 |

Case 18-10284-amc   Doc 135   Filed 04/05/25   Entered 04/06/25 00:33:06   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14040576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2025 01:40:04 | Citi Card Service Center, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14040577 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Commonwealth of PA, Dept. of Revenue, Bankruptcy Claims - Dept. 280946, Harrisburg, PA 17128-0946 |
| 14040578 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 04 2025 01:41:00 | Convergent Outsourcing Inc., 800 SW 39th St./PO Box 9004, Renton, WA 98057-9004 |
| 14040579 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:10 | Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 14040580 | | Email/Text: mrdiscen@discover.com | Apr 04 2025 01:41:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720-0000 |
| 14045156 | | Email/Text: mrdiscen@discover.com | Apr 04 2025 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14040582 | | Email/Text: crdept@na.firstsource.com | Apr 04 2025 01:41:00 | Firstsource Advantage, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14072442 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 01:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14040584 | ^ | MEBN | Apr 04 2025 01:33:45 | MRS Associates, 1930 Olney Avenue, Cherry Hilll, NJ 08003-2016 |
| 14040588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 01:39:54 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14040587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 01:40:48 | Portfolio Recovery Assoc., 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14040589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 01:51:10 | Portfolio Recovery Assoc., 120 Corporate Blvd Ste 400, Norfolk, VA 23502-4952 |
| 14079822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 01:51:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14041171 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 01:40:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14040585 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:51:06 | Paypal Credit Services, PO Box 965004, Orlando, FL 32896-5004 |
| 14065930 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14040590 | | Email/Text: bkynotices@reliant-cap.com | Apr 04 2025 01:41:00 | Reliant Capital Solutions, LLC, PO Box 30469, Columbus, OH 43230-0469 |
| 14040591 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:40:22 | Synchrony Bank, Attn. Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 14040592 | | Email/Text: bankruptcy@td.com | Apr 04 2025 01:41:00 | TD Bank, N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14040594 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2025 01:41:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14049662 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 04 2025 01:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14129719 | + | Email/Text: EDBKNotices@ecmc.org | Apr 04 2025 01:41:00 | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 14603308 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:04 | U.S. Bank National Association, as Trustee Et Al, c/o Wells Fargo Bank, N.A., Default Document Processing MAC# N9286-0, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14603440 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:50:58 | U.S. Bank National Association, as Trustee Et Al, c/o Wells Fargo Bank, N.A., Attention: Payment |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 14040597 | Email/Text: EDBKNotices@ecmc.org | | Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| | | Apr 04 2025 01:41:00 | US Department of Education, PO Box 5609 Direct Loan Servicing Center, Greenville, TX 75403-5609 |
| 14040595 | Email/Text: BAN140310@UCBINC.COM | Apr 04 2025 01:41:00 | United Collection Bureau, Inc, PO Box 140310, Toledo, OH 43614-0310 |
| 14078397 | + Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:39:54 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14704896 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:09 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 14661337 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:05 | Wells Fargo Bank, N.A., Attention:Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14603865 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:05 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Caro 29715-7200 |
| 14604044 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:05 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14661336 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:05 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14704744 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:04 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14066027 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 04 2025 01:51:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14603307 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:06 | Wells Fargo Bank, N.A., Default Document Processing MAC# N9286-0, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14040598 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:51:04 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14040599 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 04 2025 01:50:59 | Wells Fargo Home Mortgage Inc., 1 Home Campus Correspondence X2501-01T, Des Moines, IA 50328-0001 |
| 14040600 | Email/Text: PHILAW@weltman.com | Apr 04 2025 01:41:00 | Weltman, Weinberg & Reis Co. LPA, 170 S Independence Mall W # 874, Philadelphia, PA 19106-3334 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14051432 | ##+ | U.S. Bank National Association, as Trustee et. al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

**Name** — **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank National Association As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor U.S. Bank National Association As Trustee et al jblank@pincuslaw.com, mmorris@pincuslaw.com

ROBERT H. HOLBER
on behalf of Debtor Peter A Adebanjo rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net

ROBERT H. HOLBER
on behalf of Joint Debtor Doris I Stiene-Adebanjo rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor U.S. Bank National Association As Trustee et al tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

Form 138OBJ (6/24)−doc 134 − 132

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Peter A Adebanjo ) | Case No. 18−10284−amc |
| ) | |
| ) | |
|   Doris I Stiene−Adebanjo ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 3, 2025

For The Court

Timothy B. McGrath
Clerk of Court