United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10284-amc |
| Peter A Adebanjo | Chapter 13 |
| Doris I Stiene-Adebanjo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 03, 2025 | Form ID: 234 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Peter A Adebanjo, Doris I Stiene-Adebanjo, 508 Benson Ln, Chester Springs, PA 19425-3644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association as Trustee for SASCO Mortgage Loan Trust 2006-WF3 jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee et al jblank@pincuslaw.com, mmorris@pincuslaw.com |
| ROBERT H. HOLBER | on behalf of Debtor Peter A Adebanjo rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 2 |
| Date Rcvd: Apr 03, 2025 | Form ID: 234 | | Total Noticed: 1 |

    on behalf of Joint Debtor Doris I Stiene-Adebanjo rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor U.S. Bank National Association  As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Peter A Adebanjo and Doris I
Stiene−Adebanjo
        Debtor(s)                         Case No:18−10284−amc
                                              Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                                       For The Court

                                                                                       Timothy McGrath,
                                                                                       Clerk of Court

Date: 4/3/25

                                                                                       132
                                                                                     Form 234